[No. 27128-5-III.   Division Three.   February 5, 2009.]

DARRYL MATLEN, *Appellant*, v. PAUL MOSER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 06-2-00434-3, Rebecca M. Baker, J., entered April 22, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 58359-0-I.   Division One.   February 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EFRAIN ALEXANDRO ROMERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13118-3, Laura C. Inveen, J., entered June 12, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Appelwick, JJ.

[No. 59956-9-I.   Division One.   February 9, 2009.]

KELLIE BRINTON, *Respondent*, v. CHRISTOPHER CODONI ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-30345-8, Steven C. Gonzalez, J., entered March 22, 2007. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Ellington and Lau, JJ.

[No. 60679-4-I.   Division One.   February 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL LEE WEBSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08665-8, Richard D. Eadie, J., entered September 24, 2007. *Affirmed* by unpublished per curiam opinion.